In the Matter of the Claim of PHILIP SALINSKY, Appellant, against COALAGE TRUCKING CORPORATION and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed, with costs in favor of the employer and the insurance carrier against the claimant. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of LILLIAN GERST, Respondent, against HENRY GANS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOSEPHINE KAMINSKI, Respondent, against M. L. & M. REALTY CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

MARGARET E. HEVENER, Appellant, v. WELLINGTON D. BECKER, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser and Heffernan, JJ.; Bliss, J., not sitting.

DORA O. HANER, Appellant, v. NORMAN P. VAN BUREN, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. An ex parte order is not appealable. (Kogan v. Fair Waist & Dress Co., Inc., 233 App. Div. 735.) Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE ANDES CO-OPERATIVE DAIRY COMPANY, Respondent, v. RAYMOND H. WEED, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

GEORGE H. TAYLOR, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Order reversed, on the law and facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Under the facts presented in this case a reasonable exercise of discretion suggests the granting of the motion for an examination of third persons and of records, which examination is directed to be held before Special Term, Part II, New York county, on notice by moving party. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

EDWARD F. COHEN, Respondent, v. JONATHAN LEVI COMPANY, INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [151 Misc. 156.]

CHARLES LEARY, JR., an Infant, by CHARLES LEARY, His Guardian ad Litem, Appellant, v. EARL H. KING, Respondent.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

EVA WOLCOTT, Respondent, v. DOUGLAS ELLIOTT, Individually and as Executor, etc., of ANNA H. ELLIOTT, Deceased, Appellant.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.